FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>MICHAEL ALLEN DYER,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>16-1598M<br><br>**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**<br>**18 USC §3006A(f)** |

On ___AUGUST 8, 2016___ defendant ___MICHAEL ALLEN DYER___

☑ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.
☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints ___GABRIEL PARDO___ as counsel for the defendant
☑ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
☐ A total sum of $_____
  ☐ due not later than_____
  ☐ due in monthly payments of $_____ beginning _____.

☑ Monthly payments of $ 250.00 to commence on ___immediately___
  and to continue until final disposition of this case. or until defendant obtains counsel in the Eastern district of North Carolina.
☐ Other _____

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

___8/10/2016___
Dated

___Alexander F. MacKinnon, U.S. Magistrate Judge___
(1120)

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*

CR-26 (07/05)   ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES